Nicholas A. Carlin, State Bar No. 112532
David M. Given, State Bar No. 142375
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
San Francisco, CA   94129
Tel: 415-398-0900
Fax: 415-398-0911

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE FORD STEWART, TRUSTEE, by and on behalf of THE STEPHANIE CECILIA FORD STEWART SURVIVOR'S TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SCREEN GEMS-EMI MUSIC, INC., EMI MUSIC PUBLISHING LTD., EMI MUSIC PUBLISHING GROUP NORTH AMERICA INC., and DOES 2 through 50,<br><br>Defendants. | **Case No: 14-cv-04805-JSC**<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS OF DEFENDANTS EMI MUSIC PUBLISHING LTD. AND EMI MUSIC PUBLISHING GROUP NORTH AMERICA, INC.**<br><br>**Hearing: January 29, 2015**<br>**Time:      9:00 a.m.**<br>**Location: Courtroom F, 15th Floor** |

1

PLAINTIFF'S REQ. FOR JUD. NOTICE IN SUPPORT OF OPPOS. TO EMI LTD AND EMI NORTH AMERICA'S MOTION TO DISMISS - Case No. 14-cv-04805-JSC

Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiff hereby requests that the Court take judicial notice of the following exhibits, which are true and correct copies of the following:

1.  The 2013 State of Delaware "Annual Franchise Tax Report" for EMI Music Publishing Group North America Inc., attached as Exhibit B to the Declaration of Nicholas A. Carlin in Support of Plaintiff's Opposition to Motion to Dismiss of Defendants EMI Music Publishing Ltd. and EMI Music Publishing Group North America, Inc. ("Carlin Declaration"), filed herewith.

2.  The Secretary of State for the State of California's "Statement of Information" for Screen Gems-EMI Music, Inc., filed September 12, 2014, attached to the Carlin Declaration as Exhibit C.

3.  The pertinent portion of the "Company Appointments" of EMI Music Publishing Ltd., accessed via Companies House Direct (the website for Companies House, the United Kingdom's official government registrar of companies) on June 11, 2014, attached to the Carlin Declaration as Exhibit D.

4.  The California Secretary of State Business Entity Detail for EMI Entertainment World, Inc. Music Publishing, accessed on December 23, 2014, attached to the Carlin Declaration as Exhibit H.

5.  EMI Music Publishing Ltd.'s trademark registration for the mark "IT'S POP IT'S ART," filed on March 27, 2008, attached to the Carlin Declaration as Exhibit E.

Because the above-listed documents are easily verifiable public records capable of accurate and ready determination and not subject to reasonable dispute, they are appropriate subjects for judicial notice. *See L'Garde, Inc. v. Raytheon Space & Airborne Sys.*, 805 F. Supp. 2d 932, 937-38 (C.D. Cal. 2011) (granting request that court take judicial notice of results of records searches from California Secretary of State website because "just as public records and government documents are generally considered not to be subject to reasonable dispute, so too

2

PLAINTIFF'S REQ. FOR JUD. NOTICE IN SUPPORT OF OPPOS. TO EMI LTD AND EMI NORTH AMERICA'S MOTION TO DISMISS - Case No. 14-cv-04805-JSC

does this include public records and government documents available from reliable sources on the Internet.") (internal quotation marks omitted).

Dated:  January 5, 2015                    PHILLIPS, ERLEWINE & GIVEN & CARLIN LLP


                                            By /s/ Nicholas A. Carlin
                                               Nicholas A. Carlin
                                               Attorneys for Plaintiff

PHILLIPS, ERLEWINE .GIVEN & CARLIN, LLP
39 Mesa Street, Suite 201
San Francisco, CA  94129
(415) 398-0900

3

PLAINTIFF'S REQ. FOR JUD. NOTICE IN SUPPORT OF OPPOS. TO EMI LTD AND EMI NORTH AMERICA'S MOTION TO DISMISS - Case No. 14-cv-04805-JSC