MICHAEL J. NIBORSKI (State Bar No. 192111)
mniborski@pryorcashman.com
DARIUS K.C. ZOLNOR (State Bar No. 248686)
dzolnor@pryorcashman.com
**PRYOR CASHMAN LLP**
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Phone: (310) 556-9608 // Fax: (310) 556-9670

DONALD S. ZAKARIN (*pro hac vice* application forthcoming)
dzakarin@pryorcashman.com
**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036-6569
Phone: (212) 326-0108 // Fax: (212) 798-6306

*Attorneys for Defendants*
SCREEN GEMS-EMI MUSIC INC., EMI MUSIC PUBLISHING GROUP NORTH AMERICA, INC. and EMI MUSIC PUBLISHING LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEPHANIE FORD STEWART, TRUSTEE, by and on behalf of THE STEPHANIE CECILIA FORD STEWART SURVIVOR'S TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SCREEN GEMS-EMI MUSIC, INC., EMI MUSIC PUBLISHING LTD, EMI MUSIC PUBLISHING GROUP NORTH AMERICA INC., and DOES 2 through 50,<br><br>Defendants. | Case No. 3:14-cv-04805-JSC<br><br>**AMENDED DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-15 AND F.R.C.P. 7.1** |

Pursuant to L.R. 3-15, F.R.C.P. 7.1, and this Court's January 13, 2015 Order, defendants Screen Gems-EMI Music, Inc. ("**SG-EMI**"), EMI Music Publishing Ltd. ("**EMI Ltd.**"), and EMI Music Publishing Group North America, Inc. ("**EMINA**" and, collectively with SG-EMI and EMI Ltd., "**Defendants**") hereby supplement the Disclosure of Non-Party Interested Entities and Persons filed on October 29, 2014 in this action. See Docket No. 3. This supplemental disclosure is without prejudice to Defendants' currently pending Motions to Dismiss. See Docket Nos. 9-13, 30-34. All defenses, objections and arguments asserted in those Motions (including with respect to this Court's lack of personal jurisdiction over EMI Ltd. and EMINA) are expressly preserved.

**SG-EMI discloses the following:**

SG-EMI is wholly owned by USMP SPV LLC (U.S.).

USMP SPV LLC (U.S.) is wholly owned by EMI Music Publishing North America Holdings, Inc. (U.S.)

EMI Music Publishing North America Holdings Inc. (U.S.) is wholly owned by EMI Music Publishing Group North America Holdings Inc. (U.S.).

EMI Music Publishing Group North America Holdings Inc. (U.S.) is wholly owned by EMI Music Publishing Group International BV (U.K.).

EMI Music Publishing Group International BV (U.K.) is wholly owned by BW Publishing Ltd. (U.K.).

BW Publishing Ltd. (U.K.) is wholly owned by VB S.à r.l. (Luxembourg).

VB S.à r.l. (Luxembourg) is wholly owned by MTL Publisher LLC (U.S.)

MTL Publisher LLC (U.S.) is wholly owned by DH Publishing L.P. (Cayman).

**EMI Ltd. discloses the following:**

EMI Ltd. is wholly owned by EMI Music Publishing Finance UK Ltd. (U.K.).

EMI Music Publishing Finance UK Ltd. (U.K.) is wholly owned by BW Publishing Ltd. UK (U.K.).

BW Publishing Ltd. UK (U.K.) is wholly owned by VB S.à r.l. (Luxembourg).

VB S.à r.l. (Luxembourg) is wholly owned by MTL Publisher LLC (U.S.)

-1-

Case No. 3:14-cv-04805 // Amended Disclosure of Non-Party Interested Entities or Persons Pursuant to L.R. 3-15 and F.R.C.P. 7.1

MTL Publisher LLC (U.S.) is wholly owned by DH Publishing L.P. (Cayman).

**EMINA discloses the following:**

EMI Music Publishing Group North America Inc. is wholly owned by US MP SPV, LLC (U.S.).

US MP SPV, LLC (U.S.) is wholly owned by EMI Music Publishing North America Holdings, Inc. (U.S.).

EMI Music Publishing North America Holdings Inc. (U.S.) is wholly owned by EMI Music Publishing Group North America Holdings Inc. (U.S.).

EMI Music Publishing Group North America Holdings Inc. (U.S.) is wholly owned by EMI Music Publishing Group International BV (U.K.).

EMI Music Publishing Group International BV (U.K.) is wholly owned by BW Publishing Ltd. (U.K.).

BW Publishing Ltd. (U.K.) is wholly owned by VB S.à r.l. (Luxembourg).

VB S.à r.l. (Luxembourg) is wholly owned by MTL Publisher LLC (U.S.).

MTL Publisher LLC (U.S.) is wholly owned by DH Publishing L.P. (Cayman).

Dated:  January 20, 2015               **PRYOR CASHMAN LLP**

By:   /s/ Darius K.C. Zolnor
      Darius K.C. Zolnor

*Attorneys for Defendants*
  SCREEN GEMS-EMI MUSIC INC., EMI MUSIC PUBLISHING GROUP NORTH AMERICA, INC. and EMI MUSIC PUBLISHING LTD.

-2-

Case No. 3:14-cv-04805 // Amended Disclosure of Non-Party Interested Entities or Persons Pursuant to L.R. 3-15 and F.R.C.P. 7.1